**DISMISS; Opinion Filed April 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00519-CV

## IN THE MATTER OF A.A., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-75173-X**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers and Lewis
Opinion by Justice Myers

This is an appeal from an adjudication of delinquent conduct. After being informed that the trial court had discharged appellant's attorney of record as counsel for appellant shortly after appellant's notice of appeal was filed, we directed the clerk of this Court to remove counsel as appellant's attorney of record and abated the appeal for the trial court to conduct a hearing to determine whether appellant desired to prosecute the appeal and was entitled to appointed counsel. Upon the filing of the trial court's findings that appellant failed to appear at the hearing, despite notice, and that a contest to appellant's affidavit of indigency had previously been sustained, we reinstated the appeal and concluded appellant abandoned her appeal. A copy of our order, along with a directive to file a response by April 3, 2014, was mailed to appellant and her mother at their last known address. To date, neither appellant nor her mother has communicated with the Court. Having concluded appellant abandoned her appeal and having had no

communication from appellant or her mother, we dismiss the appeal for want of prosecution.

*See* TEX. R. APP. P. 42.3(b).

                                        /Lana Myers/
                                        LANA MYERS
                                        JUSTICE

130519F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF A.A., A CHILD

No. 05-13-00519-CV

On Appeal from the 305th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. JD-75173-X.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 15th day of April, 2014.

/Lana Myers/
LANA MYERS
JUSTICE